## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **WILLIAM EDWARD TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:21cv00482** |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **MIDDLE RIVER REGIONAL JAIL,** | ) | By:  Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| **Defendant.** | ) | |

Plaintiff William Edward Taylor, an inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By Order entered September 16, 2021, the court conditionally filed this action and directed Taylor to provide the court with certain financial documentation. (*See* ECF No. 3.) The court warned Taylor that failure to comply with the court's order within 20 days would result in dismissal this action without prejudice. (*Id.*) More than 20 days have elapsed since the court directed Taylor to comply, but Taylor has not submitted the required financial documentation. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's Order. The court notes that this dismissal is without prejudice to Taylor's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 19th day of October, 2021.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE